No. 77–5364.  FAIRFAX *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 77–5366.  KILBOURNE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 76–1339.  PARRATT, WARDEN, ET AL. *v.* SELL ET AL. C. A. 8th Cir.  Motion of respondent Konder for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 76–1511.  ILLINOIS *v.* POLITO.  App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 76–1540.  JAGO, CORRECTIONAL SUPERINTENDENT *v.* WEBB.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis granted.*  Certiorari denied.

No. 76–1729.  OTTO CONSTRUCTION CORP. *v.* BOCK, ADMINISTRATRIX.  C. A. 3d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 76–1792.  SHAW, DISTRICT CLERK OF DALLAS COUNTY, TEXAS *v.* CLAYTON.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 77–160.  KETTE, CORRECTIONAL SUPERINTENDENT *v.* MOSS.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 77–161.  GUNTER, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* LUSSIER.  C. A. 1st Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.